

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEITH COPELAND AND EUGENE SAUNDERS, | § | No. 08-20-00236-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 1 |
| v. | § | of Travis County, Texas |
| JUSTIN MAYERS, | § | (TC# C-1-CV-20-002978) |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   We further order that Appellee recover from Appellants and their sureties, if any, all costs of this appeal, for which let execution issue.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF SEPTEMBER, 2022.


YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.